Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Hattie Jean Morgan / family         §
                                    §
versus                              §     CIVIL ACTION NO. _____
                                    §
City of Houston                     §
County of Harris                    §
State of Texas                      §

ORIGINAL COMPLAINT
_____

The Morgan Family is target with hate and Discrimination Crime Deny access to Justice in the united States of american Civil Rights and Civil Liberty Deny they are being block by the people of the City of Houston, County of Harris i would like to know why is the State Comptroller office holding Six Property in the name of Hattie Jean Morgan and why my childrens being Deny access to Services, why is our life and livelybeing tamper with why are we being force to live a outcast. There is aggressive and access force being use by law enforcement offical and Public offical against my entire family. Due process Violation of our fifthy and fourteen Amendment of the Constitution.